UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIANNA S. BRINK,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_________________________________/

Case No. 1:25-cv-1082

HON. JANE M. BECKERING

**OPINION AND ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to a Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that this Court affirm the Commissioner's decision to deny Plaintiff's claim for Disability Insurance Benefits (DIB) under Title II of the Social Security Act. The matter is presently before the Court on Plaintiff's Objections to the Report and Recommendation (ECF No. 14). Defendant filed a Response to the Objections (ECF No. 15). In accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(3), the Court has performed de novo review of the portions of the Report and Recommendation to which Plaintiff objects. The Court denies the objections and issues this Opinion and Order.

Plaintiff challenges the Magistrate Judge's conclusion that the Administrative Law Judge (ALJ) did not impermissibly substitute her opinion for that of a medical professional (Pl.'s Objs., ECF No. 14 at PageID.1421). Plaintiff asserts that this conclusion was error "because the ALJ found the opinion [that Plaintiff favors] unsupported by clinical findings such as stable mood"

(*id.*). Moreover, according to Plaintiff, the Magistrate Judge should have found it impermissible for the ALJ to determine that Plaintiff had limited treatment (*id.*).

Plaintiff's argument lacks merit. Plaintiff does not challenge the Magistrate Judge's explanation of the law, which requires an ALJ not to defer to any medical opinion but instead to evaluate medical opinions using five factors (R&R, ECF No. 13 at PageID.1414–1415). Moreover, the Magistrate Judge block-quoted the portion of the ALJ's findings that meet these legal requirements (*id.* at PageID.1415–1416). As a review of this portion of the ALJ's findings reveals, the Magistrate Judge did not err in noting that the ALJ grounded her opinion not in her interpretation of raw medical data, but in her evaluation of the persuasiveness of the medical opinions before her (*id.* at PageID.1415–1417). Therefore, this objection is denied.

Plaintiff also contends that the Magistrate Judge erred in finding substantial evidence supporting the ALJ's assessment of Plaintiff's residual functional capacity because the ALJ "ignored . . . the findings of Therapist Michelle Pez" (Pl.'s Objs., ECF No. 14 at PageID.1421). But as the Magistrate Judge correctly identified, the ALJ did consider Therapist Pez's opinion; indeed, the ALJ cited to it in the portion of the ALJ's opinion that Plaintiff challenges (R&R, ECF No. 13 at PageID.1417). Hence, Plaintiff's objections are denied. Accordingly:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 14) are DENIED, the Report and Recommendation of the Magistrate Judge (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is AFFIRMED.

A Judgment will be entered consistent with this Opinion and Order.

Dated: September 3, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge